JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1409**

JUN - 8 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1409

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE CURRENCY CONVERSION FEE ANTITRUST LITIGATION

*Kyle Sandera v. Bank of America Corp., et al.*, N.D. California, C.A. No. 3:07-34

# BEFORE WM. TERRELL HODGES,* CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in this Northern District of California action to vacate the Panel's order conditionally transferring the action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants Bank of America Corp. and Bank of America, N.A. (collectively Bank of America) oppose the motion to vacate and favor inclusion of the action in the MDL-1409 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York, and that transfer of this action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving allegations that the MDL-1409 defendant credit card networks and banks, including Bank of America, adopted and implemented unlawful foreign currency conversion policies. *See In re Currency Conversion Fee Antitrust Litigation*, 162 F.Supp.2d 691 (J.P.M.L. 2001). Moreover, the transferee court is well situated to determine the preclusive effect, if any, of the MDL-1409 settlement upon plaintiff's claims in this Northern District of California action.

---

\*   Judges Hodges and Miller took no part in the decision of this matter.

# OFFICIAL FILE COPY

IMAGED JUN 8 2007

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable William H. Pauley III for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

D. Lowell Jensen
Acting Chairman